USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
          -against-           :        25-CR-89 (VEC)
:
JOEL VASQUEZ, :        ORDER
:
                   Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 5, 2025, Defendant was indicted for violating 18 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(C); 18 U.S.C. § 924(c)(1)(A)(i) and 2; and 18 U.S.C. § 922(g)(1) and (2), *see* Dkt. 10;

IT IS HEREBY ORDERED that the parties must appear for an initial status conference on **Monday, March 17, 2025, at 10:00 A.M.** The proceeding will be held in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: March 6, 2025**
**New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**