```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                               25-CR-89 (VEC)

JOEL VASQUEZ,                                     ORDER

                        Defendant.
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 5, 2025, Defendant was indicted for violating 18 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(C); 18 U.S.C. § 924(c)(1)(A)(i) and 2; and 18 U.S.C. § 922(g)(1) and (2), *see* Dkt. 10; and

WHEREAS an initial status conference is scheduled for Monday, March 17, 2025, at 10:00 A.M. *see* Dkt. 13.

IT IS HEREBY ORDERED that the initial status conference is scheduled for **Monday, March 17, 2025, at 9:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: March 13, 2025**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                           **United States District Judge**