USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                        25-CR-89 (VEC)

    JOEL VASQUEZ,                                    <u>ORDER</u>

                        Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 17, 2025, Mr. Vasquez appeared before the Court for an initial conference.

    IT IS HEREBY ORDERED that the parties appear for a status conference on **Thursday, April 24, 2025, at 2:15 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that time is excluded for the period between March 17, 2025, and April 24, 2025, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by allowing time for Mr. Vasquez's counsel to review the voluminous discovery in this case, and that interest outweighs the interest of the public and Mr. Vasquez in a speedy trial.

**SO ORDERED.**

**Date: March 17, 2025**
      **New York, NY**
                                                          **VALERIE CAPRONI
                                                         United States District Judge**