```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC #:_____
-------------------------------------------------------------X   DATE FILED: 4/24/25
                                                     :
   UNITED STATES OF AMERICA,                         :
                                                     :
                       -against-                     :    25-CR-89 (VEC)
                                                     :
   JOEL VASQUEZ,                                     :    ORDER
                                                     :
                       Defendant.                    :
                                                     :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 24, 2025, Mr. Vasquez appeared before the Court for a status conference.

IT IS HEREBY ORDERED that Mr. Vasquez must file any pre-trial motions by **June 20, 2025**. The government's response must be filed by **July 18, 2025**. Mr. Vasquez's reply must be filed by **August 4, 2025**.

IT IS FURTHER ORDERED that the parties must provide expert disclosure pursuant to Fed. R. Crim. P. 16(a)(1)(G) by **June 20, 2025**.

IT IS FURTHER ORDERED that trial will commence on **October 27, 2025** at **9:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Court will provide additional interim deadlines after reviewing the pre-trial motions.

IT IS FURTHER ORDERED that time is excluded for the period between April 24, 2025, and October 27, 2025 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by allowing time for Mr. Vasquez's counsel to review the voluminous discovery in this case and to make pretrial motions, and that interest outweighs the interest of the public and Mr. Vasquez in a speedy trial.

**SO ORDERED.**

**Date: April 24, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**