# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 10, 2025

**BY CM/ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/25

**Re:** *United States v. Joel Vasquez*
**25 Cr. 89 (VEC)**

Dear Judge Caproni:

    I write to respectfully request that the Court grant a 30-day extension of the September 12, 2025, deadline for the defense to file Rule 12 motions and any applicable Rule 12 notices in the above-captioned case. The requested extension also applies to the Government's deadline to make expert disclosures under Fed. R. Crim. P. 16 and to respond to the defendant's motions, along with the defendant's deadline to reply. The Government consents to this application.

    Since the last Rule 12 adjournment request, the parties have continued discussing a negotiated pre-trial resolution and the defense is awaiting a proposed written plea agreement from the Government to review and consider. I will be starting a trial on Monday, September 15, 2025, before the Honorable Colleen McMahon in the matter of *United States v. Odean Thompson*, 25 Cr. 124 (CM), and will not be able to review any proposed agreement with Mr. Vasquez until after trial, which should not last longer than a week. Accordingly, I respectfully submit that an adjournment of the Rule 12 deadlines is appropriate.

    I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

*/s/ Andrew John Dalack*
Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc: AUSA Jerry Fang

Application GRANTED. Rule 12 motions and any applicable notices are now due October 10, 2025. The government's deadline to respond is November 7, 2025, and Mr. Vasquez's deadline to reply is November 14, 2025. The government's deadline to make expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) is October 10, 2025. Trial is set for December 15, 2025.

Time is excluded for the period between October 27, 2025 and December 15, 2025 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for Mr. Vasquez's counsel to review the proposed written plea agreement and to make pretrial motions, and that interest outweighs the interest of the public and Mr. Vasquez in a speedy trial.

SO ORDERED.                                9/11/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE