```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-

JOEL VASQUEZ,

                           Defendant.
------------------------------------------------------------------X

25-CR-89 (VEC)
11-CR-389 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 25, 2025, the parties informed the Court that Mr. Vasquez intends to enter a plea and consent to the filing of a prior felony information in connection with 25-CR-89; and

WHEREAS in the same notice, the parties informed the Court that Mr. Vasquez intends to enter an admission in connection with 11-CR-389.

IT IS HEREBY ORDERED that the parties must appear on **October 9, 2025, at 3:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: September 29, 2025**
**New York, NY**

                                                     **VALERIE CAPRONI**
                                              **United States District Judge**