# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 8, 2025

**BY CM/ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/9/2025

**Re:   *United States v. Joel Vasquez*
       25 Cr. 89 (VEC)**

Dear Judge Caproni:

    I write to respectfully request that the Court adjourn the change of plea conference in the above-captioned case from tomorrow, October 9, 2025, at 3:00p.m. to Friday, October 10, 2025, at 10:00 a.m. The Government consents to this application. The parties further request that the Court exclude this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) because it is necessary to effectuate the parties' negotiated pre-trial resolution.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:   AUSA Jerry Fang

---

Application GRANTED.

SO ORDERED.                                    10/9/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE