# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2026

**BY CM/ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026

**Re:    *United States v. Joel Vasquez***
       **11 Cr. 389 (VEC)/25 Cr. 89 (VEC)**

Dear Judge Caproni:

I write to respectfully request that the Court adjourn sentencing in the above-captioned cases, from Friday, May 1, 2026, to the week of June 1, 2026, and grant a commensurate extension of the parties' sentencing submission deadlines. The Government, by AUSA Jerry Fang, does not object to this application.

Since the last adjournment request, on or about March 26, 2026, the defense received 14 years' worth of medical and other institutional records for Mr. Vasquez. The defense is presently reviewing those documents with the assistance of an outside physician to assess and prepare arguments relevant to the Court's application of 18 U.S.C. §§ 3553(a)(2)(A), 3553(a)(2)(D), and 3553(a)(3) to Mr. Vasquez.

I thank the Court for considering this unopposed application.

Application GRANTED.  The sentencing currently scheduled for Friday, May 1, 2026, is adjourned to **Friday, June 12, 2026, at 2:00 p.m.**  The parties' sentencing submissions are now due **May 29, 2026**.

SO ORDERED.                    4/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:    AUSA Jerry Fang